156 U.S. 386 (1895)
ILLINOIS CENTRAL RAILROAD COMPANY
v.
BROWN.
No. 682.
Supreme Court of United States.
Submitted February 4, 1895.
Decided March 4, 1895.
ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF TENNESSEE.
*387 Mr. Josiah Patterson for the motion.
Mr. H.W. McCorry opposing.
THE CHIEF JUSTICE: The writ of error is dismissed upon the authority of Railway Company v. Roberts, 141 U.S. 690, and McLish v. Roff, 141 U.S. 661.
Dismissed.